STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MELINDA E. MUNDY, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued January 5, 1971—Decided January 14, 1971.

Before Judges LEWIS, MATTHEWS and MINTZ.

*Mr. Sherwood H. Mundy* argued the cause for appellant.

*Mr. Peter A. DeSarno,* Special Deputy Attorney General, argued the cause for respondent (*Mr. Clinton E. Cronin,* Acting Prosecutor of Middlesex County, attorney).

PER CURIAM. The judgment below is affirmed substantially for the reasons expressed in the opinion of Judge Bachman for the Middlesex County Court, 113 *N. J. Super.* 308.